STATE OF NEW JERSEY v. ALLEN BELL.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ORLANDO RAY HURLEY.

March 11, 1975. Petition for certification denied.

IN THE MATTER OF: ALBERT H. ARNDT.

March 11, 1975. Petition for certification granted.

LAURIDS G. IRVIN v. STATE DEPARTMENT OF TREASURY.

March 11, 1975. Petition for certification denied.

JOHN J. KNOBLE v.
WATERFRONT COMMISSION OF NEW YORK HARBOR.

March 11, 1975. Petition for certification denied. Cross-petition for certification granted.

STATE OF NEW JERSEY v. ARTHUR PRESTON NEVITT, JR.

March 11, 1975. Petition for certification denied.